IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In Re: Constance Dudley

NO. C 06-01371 JW
(Bankruptcy case no. 03-52149)

Related Cases: C-06-01671-JW; 06-02255-JW

**ORDER CONSOLIDATING THE CASES**

_____/

The Court ORDERS the cases, C-06-1371-JW, C-06-1671-JW, and C-06-2255-JW consolidated. The Court remands the cases to the Bankruptcy Court for proceedings consistent with the Court's September 6, 2006 Order. (See Docket Item No. 34, C-06-01371-JW.)

Dated: October 13, 2006

*James Ware*
JAMES WARE
United States District Judge

THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:

Amy E Wallace Potter amy.wallace@dlapiper.com
Christopher Alliotts calliotts@sulmeyerlaw.com
Rebecca Connolly Rebecca.Connolly@grunskylaw.com
Sandi Meneely Colabianchi smcolabianchi@luce.com

Dated: October 13, 2006                    Richard W. Wieking, Clerk

                                           By:   /s/ JW Chambers
                                                 Elizabeth Garcia
                                                 Courtroom Deputy